PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com

*Attorney for Defendant*
*MGM Resorts International*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA NISHANIAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive<br><br>Defendants. | Case No. 2:24-cv-01248-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant MGM Resorts International, ("Defendant") by and through its counsel, the law firm of Jackson Lewis P.C., and Plaintiff Christina Nishanian ("Plaintiff"), by and through their counsel, Jennings & Fulton, LTD, hereby stipulate and agree to extend the deadline for Defendant to file its responsive pleading to Plaintiffs' Complaint to **August 15, 2024**. This Stipulation is submitted and based upon the following:

1. On July 11, 2024, Plaintiffs filed a Complaint naming MGM Resorts International, as Defendant.

2. On July 18, 2024, Plaintiffs served Defendant with a copy of the Summons and Complaint.

3. This is the first request for an extension of time for the Defendant to file a response to Plaintiff's Complaint.

4. Therefore, the Parties have agreed to extend the deadline for Defendant's responsive pleading to **August 15, 2024**.

5. This request is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 8th day August, 2024.

| Jennings & Fulton, LTD | JACKSON LEWIS P.C. |
|---|---|
| */s/Logan G. Willson*<br>Adam R. Fulton Esq.<br>Nevada Bar No. 11572<br>Logan G. Willson, Esq.<br>Nevada Bar No. 14967<br>2580 Sorrel Street<br>Las Vegas, NV 89146<br>Email: afulton@jfnvlaw.com<br>          logan@jfnvlaw.com | */s/Paul T. Trimmer*<br>PAUL T. TRIMMER, ESQ.<br>Nevada Bar No. 9291<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Email: paul.trimmer@jacksonlewis.com |
| *Attorneys for Plaintiffs* | *Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
Dated: 8/9/2024